1

# TIFFANY & BOSCO
P.A.

2525 EAST CAMELBACK ROAD
THIRD FLOOR
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Secured Creditor

09-01663/1158074663

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:08-bk-18814-JMM |
| Craig M. Meier | Chapter 11 |
| Debtors. | OBJECTION TO CHAPTER 11 PLAN |
| Wells Fargo Bank, NA dba America's Servicing Company | |
| Secured Creditor, | |
| vs. | |
| Craig M. Meier, Debtors; Office of the US Trustee, Trustee. | |
| Respondents. | |

Wells Fargo Bank, NA dba America's Servicing Company, a secured creditor, by its attorneys, TIFFANY & BOSCO, P.A., hereby objects to the proposed Chapter 11 Plan filed by the Debtor for the following reasons:

1.      The Chapter 11 Plan does not adequately provide for repayment of arrearages owed to Wells Fargo Bank, NA dba America's Servicing Company, pursuant to the proof of claim in the amount of $10,401.51.      Secured creditor requests that the arrearages as set forth in its Proof of Claim be paid

through the Plan. A copy of Secured Creditor's Proof of Claim is attached hereto as Exhibit "A" and made a part hereof by this reference.

2. The Chapter 11 Plan filed with the Court does not provide to secured creditor repayment of its attorney fees incurred for bankruptcy and/or foreclosure proceedings. Secured creditor requests that the attorney fees as set forth in its Proof of Claim be paid through the Plan.

Secured Creditor will withdraw these objections when presented with a Stipulated Order Confirming Plan that provides for the arrearages, interest and fees as provided in the Proof of Claim and as stated above.

DATED this 10th day of July, 2009.

Respectfully submitted,

TIFFANY & BOSCO, P.A.


BY  /s/ MSB # 010167
     Mark S. Bosco
     Leonard J. McDonald
     Attorneys for Secured Creditor

COPY of the foregoing mailed
July 10, 2009 to:

Craig M. Meier
3526 E. Cochise Dr.
Phoenix, AZ 85029
Debtors

Robert M. Cook
219 W. Second St.
Yuma, AZ 85364
Attorney for Debtor

Office of the US Trustee
230 North First Ave.
Suite 204
Phoenix, AZ 85003
Trustee
…

BANK OF AMERICA
PO Box 26078
GREENSBORO, NC 27420

CAMELBACK COMMUNITY BANK
2777 E CAMELBACK RD #100
PHOENIX, AZ 85016

CITI RESIDENTIAL LENDING
PO Box 5926
CAROL STREAM, IL 60197-5926

CITIMORTGAGE
PO Box 6006
THE LAKES, NV 88901-6006

COUNTRYWIDE HOME LOAN
PO Box 650070
DALLAS, TX 75265-0070

COUNTRYWIDE HOME LOAN
PO Box 10229
VAN NUYS, CA 91410-0229

FIRST HORIZON
4000 HORIZON WAY
IRVING, TX 75063

HSBC
PO Box 4552
BUFFALO, NY 14240-4552

ING DIRECT
PO Box 60
SAINT CLOUD, MN 56302

J MANLEY
3024 TOMAHAWK DRIVE
RAPID CITY, SD 57702

M & I MARSHALL AND ILSLEY BANK
COMMERCIAL LOAN LINE
PO Box 3114
MILWAUKEE, WI 53201-3114

…

MORGAN STANLEY HOME LOANS
PO Box 163405
FORT WORTH, TX 76161-3405

NATIONAL CITY MORTGAGE
PO Box 1820
DAYTON, OH 45401-1820

WELLS FARGO BANK
PO Box 4233
PORTLAND, OR 97208-4233

By: Cheryl Chavez