# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**THIRD FLOOR**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Secured Creditor

09-02309/0257493056

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Craig M. Meier<br><br>      Debtors.<br>——————————————<br>Wells Fargo Bank, N.A.<br><br>      Secured Creditor,<br>vs.<br><br>Craig M. Meier, Debtors; Office of the US Trustee,<br>Trustee.<br><br>      Respondents. | No. 2:08-bk-18814-JMM<br><br>Chapter 11<br><br>OBJECTION TO CHAPTER 11 PLAN |

Wells Fargo Bank, N.A., a secured creditor, by its attorneys, TIFFANY & BOSCO, P.A., hereby objects to the proposed Chapter 11 Plan filed by the Debtor for the following reasons:

1. Wells Fargo Bank, N.A. objects to the treatment under proposed Chapter 11 Plan of the Debtor. The Chapter 11 Plan provides for an impermissible cram down of ASC's lien interest on the real property commonly known as 1802 N. Laguna Oaks Dr. Green Valley, AZ 85614. The proposed payment

of one-half of the outstanding lain is impermissible as the fair market value of the property is much greater than one-half of the lien interest sought to be extinguished by the Debtor's plan.

2.     The Chapter 13 Plan filed with the Court does not provide to secured creditor repayment of its attorney fees incurred for bankruptcy and/or foreclosure proceedings. Secured creditor requests that the attorney fees as set forth in its Proof of Claim be paid through the Plan.

Secured Creditor will withdraw these objections when presented with a Stipulated Order Confirming Plan that provides for the arrearages, interest and fees as provided in the Proof of Claim and as stated above.

DATED this 10th day of July, 2009.

Respectfully submitted,

TIFFANY & BOSCO, P.A.

BY /s/ MSB # 010167
Mark S. Bosco
Leonard J. McDonald
Attorneys for Secured Creditor

COPY of the foregoing mailed
July 10, 2009 to:

Craig Meier
3526 E. Cochise Dr.
Phoenix, AZ 85029
Debtors

Robert M. Cook
219 W. Second Sl.
Yuma, AZ 85364
Attorney for Debtor

Office of the US Trustee
230 North First Ave.
Suite 204
Phoenix, AZ 85003
Trustee

Camelback Community Bank
2777 E Camelback Rd #100
Phoenix, AZ 85016

America's Servicing Co
PO Box 10388
Des Monies, IA 50306-0388

Bank of America
Po Box 26078
Greensboro, NC 27420

Citi Residential Lending
Po Box 5926
Carol Stream, IL 60197-5926

Citimortgage
PO Box 6006
The Lakes, NV 88901-6006

Countrywide Home Loans
PO Box 650070
Dallas, TX 75265-0070

Countrywide Home Loans
PO Box 10229
Van Nuys, CA 91410-0229

First Horizon
4000 Horizon Way
Irving, TX 75063

HSBC
Po Box 60
Saint Cloud, MN 56302

JManley
3024 Tomahawk Drive
Rapid City, SD 57702

M & I Marshall and Ilsley Bank
Commercial Loan Line
Po Box 3114
Milwaukee, WI 53201-3114

```
1

2    Wells Fargo Bank
     PO Box 4233
3    Portland, OR 97208-4233

4    Morgan Stanley Home Loans
     PO Box 163405
5    Fort Worth, IX 76161-3405

6    National City Mortgage
     Po Box 1820
7    Dayton, Ohio 45401-1820

8
     National City Mortgage
9    Po Box 1820
     Dayton, Ohio 45401-1820
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26
```

Wells Fargo Bank
PO Box 4233
Portland, OR 97208-4233

Morgan Stanley Home Loans
PO Box 163405
Fort Worth, IX 76161-3405

National City Mortgage
Po Box 1820
Dayton, Ohio 45401-1820

National City Mortgage
Po Box 1820
Dayton, Ohio 45401-1820

By: Anne Mallette