Robert M. Cook (SBN 002628)
THE LAW OFFICES OF ROBERT M. COOK, PLLC
219 West Second Street
Yuma AZ 85364
Telephone: (928) 782-7771
Facsimile: (928) 782-7778
E-mail: robertmcook@yahoo.com
*Attorney for Debtor*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

In re:

CRAIG MEIER,

Debtor.

In Proceedings Under Chapter 11

Case No. 2:08-bk-18814-JMM

**CERTIFICATE OF SERVICE**

The undersigned being over the age of 18, hereby certifies that on the 25th day of August, 2009, a copy of the *Debtor's Disclosure Statement, Debtor's Plan of Reorganization, the signed Order Approving Disclosure Statement and Fixing Time for Filing Acceptances or Rejections of Plan, Combined with Notice Therof and a Ballot for Accepting or Rejecting the Plan of Reorganization* was sent via U.S. First class Mail to all parties on the attached Master Mailing List.

RESPECTFULLY SUBMITTED this 27th day of August, 2009.

THE LAW OFFICES OF ROBERT M. COOK, PLLC

By: /s/Robert M. Cook
     Robert M. Cook,
     Attorney for Debtor

```
Label Matrix for local noticing          AMERICA'S SERVICING COMPANY         America's Servicing Company
0970-2                                    3476 STATEVIEW BLVD                 c/o McCalla Raymer, LLC
Case 2:08-bk-18814-JMM                    FORT MILL, SC 29715-7203            Bankruptcy Department
District of Arizona                                                           1544 Old Alabama Road
Phoenix                                                                       Roswell, GA 30076
Mon Jul  6 09:52:19 MST 2009

America's Servicing Company, C/O Mark S   CAMELBACK COMMUNITY BANK            CONCORD MORTGAGE COMPANY, its successors and
TIFFANY & BOSCO, P.A.                     c/o Valerie L. Marciano, Esq.       Gerard R. O'Meara
2525 E. CAMELBACK RD.                     JABURG & WILK, PC                   GUST ROSENFELD, P.L.C.
SUITE 300                                 3200 NORTH CENTRAL AVE.             1 S. Church Ave.
ESPLANADE II                              SUITE 2000                          Suite 1900
PHOENIX, AZ 85016-4237                    PHOENIX, AZ 85012-2463              Tucson, AZ 85701-1627

Chevy Chase Bank, FSB                     CitiMortgage Inc.                   Countrywide Home Loans Servicing, L.P.
c/o Pite Duncan, LLP                      P O Box 829009                      2380 Performance Drive, Bldg C
4375 Jutland Drive, Suite 200             Dallas, TX 75382-9009               Mail Stop: RGV-C-32
San Diego, CA 92117-3600                                                      Richardson, TX 75082-4333


Duxford Financial, Inc.                   HSBC Mortgage Corp. (USA)           IndyMac Federal Bank FSB, its assignees and/
GUST ROSENFELD PLC                        2929 Walden Ave.
c/o Gerard R. O'Meara, Esq.               Attn: Bankruptcy Dept.
1 South Church Ave.                       Depew, NY 14043
Suite 1900
Tucson, AZ 85701-1627

Morgan Stanley Credit Corp.               National City Mortgage Co., C/O Mark S. Bosc   Regions Mortgage, C/ O Mark S. Bosco.
1270 Northland Drive                      TIFFANY & BOSCO, P.A.                           Tiffany & Bosco, P.A.
Suite 200                                 2525 E. CAMELBACK RD.                           2525 E. Camelback Rd.
Mendota Heights, MN 55120                 SUITE 300                                       Suite 300
                                          ESPLANADE II                                    Esplanade II
                                          PHOENIX, AZ 85016-4237                          Phoenix, AZ 85016-4237

Wells Fargo Bank, N.A.                    Wells Fargo Bank, N.A. C/O Mark S. Bosco.      U.S. Bankruptcy Court, Arizona
McCalla, Raymer, et al.                   TIFFANY & BOSCO, P.A.                           230 North First Avenue, Suite 101
Bankruptcy Department                     2525 E. CAMELBACK RD.                           Phoenix, AZ 85003-0608
1544 Old Alabama Road                     SUITE 300
Roswell, GA 30076                         ESPLANADE II
                                          PHOENIX, AZ 85016-4237

 CitiMortgage, Inc.                       ALAN TOMKINS                        AMERICA'S SERVICING CO
P. O. Box 6941                            9155 DONEY PARK LN                  POB 10388
The Lakes, NV 88901-6941                  FLAGSTAFF AZ 86004-1100             DES MOINES IA 50306-0388



AMERICA'S SERVICING COMPANY C/O MARK S.   ANDREW BARRAZA                      America's Servicing Company
TIFFFANY & BOSCO, P.A.                    1716 N 32ND PLACE                   Bankruptcy Department
2525 E. CAMELBACK RD. ESPLANADE II SUITE  PHOENIX AZ 85008-3856               7495 New Horizon Way, Building 4
PHOENIX, AZ 85016-4219                                                        Frederick, MD 21703-8388


American Mortgage Company, LLC            BANK OF AMERICA                     BANK OF AMERICA, N.A.
c/o Countrywide Home Loans Servicing, L.  POB 26078                           PO Box 26012
2380 Performance Drive, Bldg C            GREENSBORO NC 27420-6078            NC4-105-03-14
Mail Stop: RGV-C-32                                                           Greensboro, NC 27420-6012
Richardson, TX 75082-4333

BARRY WORKMAN                             CAMELBACK COMMUNITY BANK            CARD SERVICES
2415 W ALTA VISTA RD                      2777 E CAMELBACK RD #100            BARCLAYS BANK
PHOENIX AZ 85041-5329                     PHOENIX AZ 85016-4348               POB 1337
                                                                              PHILADELPHIA PA 19101-3337
```

CHASE
POB 78420
PHOENIX AZ 85062-8420

CHASE BANK USA
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

CHASE CARD MEMBER SERVICES
POB 94014
PALATINE IL 60094-4014

CHEVY CHASE BANK
6151 CHEVY CHASE DRIVE
LAUREL MD 20707-2918

CINDY MARQUIS
4308 E GLENROSA AVE
PHOENIX AZ 85018-4228

CITI RESIDENTIAL LENDING
POB 5926
CAROL STREAM IL 60197-5926

CITIMORTGAGE
POB 6006
THE LAKES NV 88901-6006

COUNTRYWIDE HOME LOAN
POB 10229
VAN NUYS CA 91410-0229

COUNTRYWIDE HOME LOAN
POB 650070
DALLAS TX 75265-0070

Camelback Community Bank
c/o Valerie L. Marciano, Esq.
Jaburg & Wilk PC
3200 North Central Ave., #2000
Phoenix, AZ 85012-2463

CitiMortgage, Inc.
Tiffany & Bosco, P.A.
2525 E. Camelback Rd. Suite 300
Esplanade II
Phoenix, AZ 85016-4237

Concord Mortgage Company
c/o Countrywide Home Loans Servicing, L.
2380 Performance Drive, Bldg C
Mail Stop: RGV-C-32
Richardson, TX 75082-4333

Concord Mortgage Company
c/o Gerard R. O'Meara, Esq.
GUST ROSENFELD, P.L.C.
1 S. Church Ave., Suite 1900
Tucson, AZ 85701-1627

Duxford Financial, Inc.
c/o BAC Home Loans Servicing, LP
7105 Corporate Drive
PTX-B-35
Plano, TX 75024-4100

Duxford Financial, Inc.
c/o Gerard R. O'Meara, Esq.
1 South Church Ave., Suite 1900
Tucson, AZ 85701-1627

EDWARD REYES
9405 S 1ST AVE
PHOENIX AZ 85041-8861

ERIC SHUHANDLER
16941 N 102ND WAY
SCOTTSDALE AZ 85255-8692

FIRST HORIZON
4000 HORIZON WAY
IRVING TX 75063-2260

GAYLA MILLIGAN
4137 N 42ND STREET
PHOENIX AZ 85018-4206

HOME DEPOT CREDIT SERVICES
POB 889100
DES MOINES IA 50368-9100

HSBC
POB 4552
BUFFALO NY 14240-4552

HSBC Bank Nevada, N.A.
eCAST Settlement Corporation
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Rd, Suite 200
Tucson, AZ 85712-1083

HSBC Mortgage Corp. (USA)
Attn: Bankruptcy Dept.
2929 Walden Ave.
Depew, NY 14043-2690

INDYMAC FEDERAL BANK
POB 78826
PHOENIX AZ 85062-8826

ING DIRECT
POB 60
SAINT CLOUD MN 56302-0060

IndyMac Federal Bank FSB
c/o McCarthy Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101-2607

J MANLEY
3024 TOMAHAWK DRIVE
RAPID CITY SD 57702-5204

JASON CERNETIC
18440 N 12TH PLACE
PHOENIX AZ 85022-1232

JERRY HUGGINS
2609 E KEYES CT
GREEN VALLEY AZ 85614-5687

JOHN BOLGER
9053 W BLUEFIELD AVE
PEORIA AZ 85382-1022

JOSE VILLALOBOS
623 N 70TH AVE
PHOENIX AZ 85043-2400

KB Home Mortgage Company
c/o Countrywide Home Loans Servicing, L.
2380 Performance Drive, Bldg C
Mail Stop: RGV-C-32
Richardson, TX 75082-4333

KB Home Mortgage Company
c/o Gerard R. O'Meara, Esq.
GUST ROSENFELD, P.L.C.
1 S. Church Ave., Suite 1900
Tucson, AZ 85701-1627

M & I MARSHALL AND ILSLEY BANK
COMMERCIAL LOAN LINE
POB 3114
MILWAUKEE WI 53201-3114

MORGAN STANLEY HOME LOANS
POB 163405
FORT WORTH TX 76161-3405

MetLife Home Loans a division of MetLife Ban
c/o McCarthy Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101-2607

Morgan Stanley Credit Corp
1270 Northland Drive
Suite 200
Mendota Heights, MN 55120-1176

NATIONAL CITY MORTGAGE
POB 1820
DAYTON OH 45401-1820

NATIONAL CITY MORTGAGE C/O MARK S. BOSCO
TIFFANY & BOSCO, P.A.
2525 E. CAMELBACK, RD. ESPLANADE II SUIT
PHOENIX, AZ 85016-4219

PATRICK ARAMBULA
2426 W HORSETAIL TRAIL
PHOENIX AZ 85085-7007

RANKIN SHAVER
2525 E EARLL DRIVE
PHOENIX AZ 85016-7403

RAQUEL REGISTER
12908 CARLINGTON LANE
RIVERVIEW FL 33579-4041

REGIONS MORTGAGE
POB 18001
HATTIESBURG MS 39404-8001

ROBERTA DALIA
2816 E ACOMA DRIVE
PHOENIX AZ 85032-5007

Regions Mortgage, C/ O Mark S. Bosco.
Tiffany & Bosco, P.A.
2525 E. Camelback Rd. Suite 300 Esplanad
Phoenix, AZ 85016-9240

SAMS CLUB
POB 981064
EL PASO TX 79998-1064

SHIRLEY GREY
2322 W ST KATERI DRIVE
PHOENIX AZ 85041-5342

TRACY CATHERS
2231 CORTEZ ST
PHOENIX AZ 85028-1710

U.S. TRUSTEE
OFFICE OF THE U.S. TRUSTEE
230 NORTH FIRST AVENUE
SUITE 204
PHOENIX, AZ 85003-1725

WELLS FARGO BANK
POB 4233
PORTLAND OR 97208-4233

WELLS FARGO BANK, N.A. C/O MARK S. BOSCO
TIFFANY & BOSCO, P.A.
2525 E. CAMELBACK RD. SUITE 300 ESPLANAD
PHOENIX, AZ 85016-9240

WELLS FARGO HOME MORTGAGE
POB 10335
DES MOINES IA 50306-0335

Wells Fargo Bank, N.A.
Bankruptcy Department
3476 Stateview Blvd
X7801-014
Ft. Mill, SC 29715-7203

Wells Fargo Bank, N.A.
P. O. Box 14469 MAC X2303-028
Des Moines, IA 50306-3469

CRAIG M MEIER
3526 E COCHISE DR
PHOENIX, AZ 85028-3925

ROBERT M. COOK
LAW OFFICES OF ROBERT M. COOK PLLC
219 W SECOND ST
YUMA, AZ 85364-2209

c/o Countrywide Home American Mortgage Compa
2380 Performance Drive, Bldg C
Mail Stop: RGV-C-32
Richardson, TX 75082-4333

c/o Countrywide Home Concord Mortgage Compan
2380 Performance Drive, Bldg C
Mail Stop: RGV-C-32
Richardson, TX 75082-4333

c/o Countrywide Home KB Home Mortgage Compan
2380 Performance Drive, Bldg C
Mail Stop: RGV-C-32
Richardson, TX 75082-4333

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bank of New York SEC, its assignees and/or

(d)CitiMortgage Inc.
PO BOX 829009
Dallas, TX 75382-9009

(d)CitiMortgage, Inc.
P O Box 6941
The Lakes, NV 88901-6006

(d)Morgan Stanley Credit Corp.
1270 Northland Drive
Suite 200
Mendota Heights, MN 55120-1176

End of Label Matrix
Mailable recipients    88
Bypassed recipients     4
Total                  92