Paul M. Levine (007202)
Matthew A. Silverman (018919)
**McCarthy ◆ Holthus ◆ Levine**
3636 North Central Avenue
Suite 1050
Phoenix, AZ 85012
(602) 230-8726

Attorneys for Movant,
HSBC Mortgage Corporation USA, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

PHOENIXDIVISION

| | |
|---|---|
| In re:<br><br>Craig M. Meier<br><br>Debtor(s). | Case No. 2:08-bk-18814-JMM<br><br>Chapter 11<br><br>**NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| HSBC Mortgage Corporation,, its successors and/or assigns,<br><br>Movant,<br><br>v.<br>Craig M. Meier & , Debtor(s);<br><br>Respondents. | |

TO THE DEBTOR, TRUSTEE, ATTORNEYS OF RECORD AND OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that Secured Creditor, HSBC Mortgage Corporation, hereby withdraws its Motion for Relief from the Automatic Stay dated **4/3/2009**.

**DATED** this 6 day of September, 2009.

**McCarthy ◆ Holthus ◆ Levine**

By: /s/ Matthew A.Silverman
 Matthew A. Silverman
 3636 North Central Avenue
 Suite 1050
 Phoenix, AZ 85012
 Attorneys for Movant

On September 7, 2009, I served the foregoing documents described as **NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY** on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR(S)
Robert M. Cook
robertmcook@yahoo.com

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Ciprian Scutariu

On September 7, 2009, I served the foregoing documents described as **NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**, on the following individuals by placing true copies thereof enclosed in sealed envelopes addressed as follows:

UNITED STATES TRUSTEE
Office of the U.S. Trustee
230 North First Avenue Suite 204
Phoenix, AZ 85003

DEBTOR
Craig M. Meier
7181 E Camelback Road #310
Scottsdale, AZ 85251

SPECIAL NOTICE
America's Servicing Company
Maria Tsagaris
1544 Old Alabama Road
Roswell, GA 30076-2102

Morgan Stanley Home Loans
POB 163405
Fort Worth, TX 76161-3405

Wells Fargo Bank NA
John D. Schlotter
1544 Old Alabama Road
Roswell, GA 30076-2102

Concord Mortgage Company
Gerard R. O'Meara
1 S. Church Ave.
Suite 1900
Tucson, AZ 85701-1627

HSBC
POB 4552
Buffalo, NY 14240-4552

Concord Mortgage Company
Gerard R O'Meara
1 S. Church Avenue, #1900
Tucson, AZ 85701

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Nancy Bustos