# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | CRAIG M MEIER | | |
| **Case Number:** | 2:08-bk-18814-JMM | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, SEPTEMBER 09, 2009 09:30 AM   6TH FLOOR #602 | | |
| **Bankruptcy Judge:** | JAMES M. MARLAR | | |
| **Courtroom Clerk:** | LUANN BELLER | | |
| **Reporter / ECR:** | MICHELLE RADICKE | | |

## *Matters:*

1) CONTINUED  Hearing on Motion to Approve Sale of Property of the Estate Free and Clear of All Liens and Encumbrances Pursuant to 11 U.S.C. 363 filed by CRAIG M MEIER
   **R / M #:**   122 / 0

2) ADM: 2:08-BK-18814-JMM
   PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY RE: REAL PROPERTY LOCATED AT 623 N. 70TH AVE., PHOENIX, AZ 85043 FILED BY CITIMORTGAGE INC.
   **R / M #:**   163 / 0

3) ADM: 2:08-BK-18814-JMM
   PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY WELLS FARGO BANK, N.A.
   **R / M #:**   206 / 0

## *Appearances:*

ROBERT M. COOK, ATTORNEY FOR CRAIG M MEIER
DARYL DORSEY, ATTORNEY FOR CITIMORTGAGE
MICHELLE LOMBINO, ATTORNEY FOR WELLS FARGO
GERARD O'MEARA, ATTORNEY FOR CREDITORS

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Proceedings:*

ITEM #2

Mr. Cook requested that this hearing be continued for 30 days.

Mr. Dorsey had no objection.

COURT:  IT IS ORDERED CONTINUING THIS HEARING AS A ONE MINUTE FINAL
HEARING TO OCTOBER 8, 2009 AT 10:30 A.M.

ITEM #3

Mr. Cook requested that this hearing be continued for 30 days.

Ms. Lombino objected, stating that she believed that the stay should be lifted today as there
is no equity in the property and the debtor is not the owner.

Mr. Cook responded.

COURT:  IT IS ORDERED LIFTING THE STAY AS TO WELLS FARGO.  COUNSEL MAY
UPLOAD A FORM OF ORDER.

ITEM #1

Mr. Cook stated that he believes he has the consent of the secured creditor and will upload an order.

Mr. Dorsey stated that he is filling in for Leonard McDonald and that portion was not mentioned.  He
stated that he is trying to reach his client to get permission today.

COURT:  IT IS ORDERED CONDITIONALLY GRANTING THE MOTION TO APPROVE THE
SHORT SALE PROVIDING  THAT COUNSEL FOR THE SECURED CREDITOR SIGNS OFF ON
THE
FORM OF ORDER.  AS TO THE REAL ESTATE COMMISSION, THE BROKER HAS NOT
BEEN APPOINTED BY THE COURT, THEREFORE DEBTOR'S COUNSEL WILL NEED TO
UPLOAD AN AFFIDAVIT OF DISINTERESTEDNESS AND APPLICATION TO EMPLOY.