**THIS ORDER IS**
**APPROVED.**



Robert M. Cook (SBN 002628)  **Dated: September 11, 2009**
THE LAW OFFICES OF ROBERT M. COOK, PLLC
219 West Second Street
Yuma AZ 85364
Telephone: (928) 782-7771
Facsimile: (928) 782-7778                  _James M. Marlar_
E-mail: robertmcook@yahoo.com               **JAMES M. MARLAR**
*Attorney for Debtor*                       **U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings Under Chapter 11 |
| CRAIG M. MEIER, | Case No. 2:08-bk-18814-JMM |
| Debtor. | |
| | **ORDER GRANTING AMENDED MOTION TO SELL PROPERTY OF THE ESTATE FREE AND CLEAR OF ALL LIENS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §363** |

On this 15th day of July, 2009, this matter came on for hearing relative to Debtor's Amended Motion to Sell Property of The Estate Free and Clear of All Liens and Encumbrances Pursuant to 11 U.S.C. § 363. This sale relates to real property located at 4797 Nogales Way, in Eloy, Arizona. Present in the courtroom was Attorney Robert M. Cook, appeared for the Debtor. No other parties who may have an interest in the property, were not present either in court or by phone and filed no objections.

Debtor's Amended Motion to Sell Property of the Estate Free and Clear of All Liens and Encumbrances contained a purchase contract for the amount of $200,000.00 by Dennis and Patricia Bryant.

The Court finds that it is in the best interest of the estate that the real property located 4797 Nogales Way in Eloy, Arizona, be sold for the purchase price of $200,000.00 to Buyers Dennis and Patricia Bryant. However, the Court acknowledges that the offer is insufficient to pay the 1st lien holder in full, and therefore constitute a short sale offer.

1        The Court also finds that America's Servicing Company, who holds the 1st lien on the subject
2 property, has final say as to whether or not they will accept a short sale, and said short sale shall be
3 allowed to proceed only with the express approval of America's Servicing Company.

4        IT IS HEREBY ORDERED that Dennis and Patricia Bryant are the Buyers of the real property
5 located at 4797 Nogales Way in Eloy, Arizona, for the purchase price of $200,000.00. The sale of this
6 real property shall be free and clear of all liens and encumbrances.

7        IT IS FURTHER ORDERED that as the offer is insufficient to pay the 1st lien holder in full, they
8 therefore constitute a short sale offer.

9        IT IS FURTHER ORDERED that America's Servicing Company, who holds the 1st lien on the
10 subject property, has final say as to whether or not they will accept a short sale, and said short sale shall
11 be allowed to proceed only with the express approval of America's Servicing Company. Debtor is
12 required to obtain approval for any short sale directly form the 1st lien holder, America's Servicing
13 Company, LLC, and America's Servicing Company, shall have the right to accept or reject any proposed
14 short sale offer.

15        IT IS FURTHER ORDERED that the Buyers, Dennis and Patricia Bryant, shall pay the entire
16 purchase price of $200,000.00, cash (as per purchase contract) to U.S. Title on or before August 30th,
17 2009. Liens of Secured Creditors shall attach to the proceeds as their interests may appear.

18        IT IS FURTHER ORDERED that the sale proceeds shall be deposited into the trust account of
19 The Law Offices of Robert M. Cook, PLLC and distributed as follows:

20        1.     All real estate taxes, closing costs, total real estate commissions of 5% shall be paid
21 according to the purchase agreement, and the fee in the amount of $1,625.00 shall be paid to the United
22 States Trustee.

23        2.     America's Servicing Company, shall be paid its secured claim with net proceeds from
24 sale, assuming America's Servicing Company has accepted the proposed short sale and has allowed said
25 short sale to proceed to completion.

26

27 / / /

28

THE LAW OFFICES OF ROBERT M. COOK, PLLC
219 WEST SECOND STRET
YUMA, AZ 85364

1

2  DATED: _____

3

4                              UNITED STATES BANKRUPTCY JUDGE

5  Approved By:

6

7  _____
   Mark Bosco
8  Tiffany & Bosco, P.A.
   *Attorney for America's Servicing Company*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28