# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD
THIRD FLOOR
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Secured Creditor

09-13745/6000054291

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Craig M. Meier<br><br>      Debtors.<br>_____<br>Morgan Stanley Credit Corporation<br><br>      Secured Creditor,<br>   vs.<br><br>Craig M. Meier, Debtors; Office of the US Trustee, Trustee.<br><br>      Respondents. | No. 2:08-bk-18814-JMM<br><br>Chapter 11<br><br>AMENDED<br>OBJECTION TO 11 PLAN |

Morgan Stanley Credit Corporation, a secured creditor, by its attorneys, TIFFANY & BOSCO, P.A., hereby objects to the proposed 11 Plan filed by the Debtor for the following reasons:

1.     Morgan Stanley Credit Corporation, files this limited response to the proposed 11 Plan of the Debtor. The Chapter 11 Plan provides for an impermissible cram down of Morgan Stanley Credit Corporation,'s lien interest on the real property commonly known as 2816 East Acoma Dr., Phoenix AZ 85032.

Morgan Stanley Credit Corporation, objects to the value of the subject real property as Debtor arbitrarily proposes that the fair market value of Secured Creditor's claim is $92,482.00 without providing any legal or factual authority for such capricious treatment. Such modification is simply not supported by the Bankruptcy Code or the facts of this case.

WHEREFORE, secured creditor prays as follows:

(1) That the 11 Plan be denied.

(2) For such other relief as this Court deems proper.

DATED this 22nd day of September, 2009.

Respectfully submitted,

TIFFANY & BOSCO, P.A.


BY   /s/ MSB # 010167
        Mark S. Bosco
        Leonard J. McDonald
        Attorneys for Secured Creditor

COPY of the foregoing mailed
September 22, 2009 to:

Craig M. Meier
3526 E. Cochise Dr.
Phoenix, AZ  85029
Debtors

Robert M. Cook
219 W. Second St.
Yuma, AZ 85364
Attorney for Debtor

Office of the US Trustee
230 North First Ave.
Suite 204
Phoenix, AZ  85003
Trustee

America's Servicing CO.
POB 10388
Des Moines, IA

Bank of America
POB 26078
Greensboro, NC 27420

Camelback Community Bank
2777 E Camelback Rd. #100
Phoenix, AZ 85016

Citi Residential Lending
POC 5926
Carol Stram, IL 60197-5926

CitiMortgage
POB 6006
The Lakes, NV 88901-6006

Countrywide Home Loan
POB 650070
Dallas, TX 75265-0070

Countrywide Home Loan
POB 10229
Van Nuys, CA 91410-0229

First Horizon
4000 Horizon Way
Irving, TX 75063

HSBC
POB 4552
Buffalo, NY 14240-4552

ING Direct
POB 60
Saint Cloud, MN 56302

J Manley
3024 Tomahawk Drive
Rapid City, SD 57702

M & I Marshal and Ilsley Bank
Commercial Loan Line
POB 3114
Milwaukee, WI 53201-3114

Morgan Stanley Home Loans
POB 163405
Fort Worth, TX 76161-3405

National City Mortgage
POB 1820
Dayton, OH 45401-1820

Wells Fargo Bank
POB 4233
Portland, OR 97208-4233


By: Anne Mallette