# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

## Minute Entry

### Hearing Information:

**Debtor:** CRAIG M MEIER
**Case Number:** 2:08-BK-18814-JMM  **Chapter:** 11
**Date / Time / Room:** THURSDAY, OCTOBER 08, 2009 10:30 AM  6TH FLOOR #602
**Bankruptcy Judge:** JAMES M. MARLAR
**Courtroom Clerk:** LUANN BELLER
**Reporter / ECR:** KAYLA MORGAN

### Matters:

1) ONE MINUTE FINAL HEARING ON MOTION FOR RELIEF FROM STAY FILED BY COUNTRYWIDE HOME KB HOME MORTGAGE COMPANY .
   **R / M #:** 133 / 0

2) ONE MINUTE FINAL HEARING ON MOTION FOR RELIEF FROM STAY RE: REAL PROPERTY LOCATED AT 623 N. 70TH AVE., PHOENIX, AZ 85043 FILED BY CITIMORTGAGE INC.
   **R / M #:** 163 / 0

3) ONE MINUTE FINAL HEARING ON MOTION FOR RELIEF FROM STAY RE: 2415 ALTA VISTA ROAD WEST, PHOENIX, AZ 85041, (AZ09-9016) FILED BY BANK OF NEW YORK SEC, ITS ASSIGNEES AND/OR SUCCESSORS .
   **R / M #:** 95 / 0

4) ONE MINUTE FINAL HEARING ON MOTION FOR RELIEF FROM STAY RE: 16941 NORTH 102ND WAY, SCOTTSDALE, AZ 85255 (AZ09-11127) FILED BY INDYMAC FEDERAL BANK FSB, ITS ASSIGNEES AND/OR SUCCESSORS .
   **R / M #:** 116 / 0

5) ONE MINUTE FINAL HEARING ON MOTION FOR RELIEF FROM STAY RE: 4137 NORTH 42ND STREET, PHOENIX, AZ 85018, (AZ09-7250) FILED BY HSBC MORTGAGE CORP. (USA) .
   **R / M #:** 97 / 0
   **VACATED: MATTER RESOLVED**

6) ONE MINUTE FINAL HEARING ON MOTION FOR RELIEF FROM STAY (2426 W. HORSETAIL TRAIL, PHOENIX, AZ) FILED BY DUXFORD FINANCIAL, INC.
   **R / M #:** 151 / 0

7) ADM: 2:08-bk-18814-JMM
   EVIDENTIARY HEARING ON CONFIRMATION OF CHAPTER 11 PLAN
   **R / M #:** 131 / 0

### Appearances:

ROBERT M. COOK, ATTORNEY FOR CRAIG M MEIER
LEONARD J. MCDONALD, ATTORNEY FOR CITIMORTGAGE
GERARD R O'MEARA, ATTORNEY FOR DUXFORD FINANCIAL
MATTHEW S. SILVERMAN, ATTORNEY FOR HSBC, INDYMAC, BANK OF NEW YORK
MICHELLE LOMBINO, ATTORNEY FOR CHEVY CHASE BANK

(continue)...    2:08-BK-18814-JMM          THURSDAY, OCTOBER 08, 2009 10:30 AM

## *Proceedings:*

Mr. Cook reviewed the ballot report and stated that he expects the plan to be confirmed by stipulated order. He suggested that the plan be confirmed effective October 1, 2009 and if not that a backup hearing be set in 30 days.

Ms. Lombino confirmed that the objection of Wells Fargo, provided that the property will be surrendered. She explained her position involving Camelback Community Bank and the terms to which their objection will be withdrawn.

Mr. Silverman indicated that late yesterday afternoon he received proposals from the debtor, but will need additional time to speak with his clients. He stated that with a short continuance he may be able to withdraw his objections.

Ms. Piranio is optimistic in that she needs time to review this matter with her client.

Mr. O'Meara stated that he has 4 different issues. He stated that all of his objections have been satisfied.

Mr. McDonald explained his position.

Mr. Cook indicated that he believes it will take about two weeks to get all of the signatures.

The Court discussed the ballot report with Debtor's counsel.

COURT: IT IS ORDERED DIRECTING THE DEBTOR TO OBTAIN SEPARATE STIPULATIONS REGARDING THEIR CLASSES AND THEIR TREATMENT, THEN LODGE AN ORDER CONFIRMING THE PLAN AS AMENDED, ATTACHING A SUMMARY OF HOW EACH CLASS HAS BEEN TREATED.

IT IS FURTHER ORDERED CONTINUING THIS HEARING TO NOVEMBER 5, 2009 AT 10:00 A.M. ALLOWING 30 MINUTES.