# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | CRAIG M MEIER | | |
| **Case Number:** | 2:08-BK-18814-JMM | **Chapter:** | 11 |
| **Date / Time / Room:** | MONDAY, JANUARY 25, 2010 12:45 PM   6TH FLOOR #602 | | |
| **Bankruptcy Judge:** | JAMES M. MARLAR | | |
| **Courtroom Clerk:** | LUANN BELLER | | |
| **Reporter / ECR:** | KAYLA MORGAN | | |

## *Matters:*

1) CONTINUED ONE MINUTE FINAL HEARING ON MOTION FOR RELIEF FROM STAY RE: REAL PROPERTY LOCATED AT 623 N. 70TH AVE., PHOENIX, AZ 85043 FILED BY CITIMORTGAGE INC.
   **R / M #:**   163 / 0

2) CONTINUED ONE MINUTE FINAL HEARING ON MOTION FOR RELIEF FROM STAY RE: 2415 ALTA VISTA ROAD WEST, PHOENIX, AZ 85041, (AZ09-9016) FILED BY BANK OF NEW YORK SEC, ITS ASSIGNEES AND/OR SUCCESSORS .
   **R / M #:**   95 / 0

3) CONTINUED ONE MINUTE FINAL HEARING ON MOTION FOR RELIEF FROM STAY RE: 16941 NORTH 102ND WAY, SCOTTSDALE, AZ 85255 (AZ09-11127) FILED BY INDYMAC FEDERAL BANK FSB, ITS ASSIGNEES AND/OR SUCCESSORS .
   **R / M #:**   116 / 0

4) ADM: 2:08-bk-18814-JMM
   CONTINUED EVIDENTIARY HEARING ON CONFIRMATION OF CHAPTER 11 PLAN
   **R / M #:**   131 / 0

## *Appearances:*

ROBERT M. COOK, ATTORNEY FOR CRAIG M MEIER
LEONARD J. MCDONALD, ATTORNEY FOR CITIMORTGAGE
JESSICA KENNEY, ATTORNEY FOR HSBC, INDYMAC, BANK OF NEW YORK
JOSEPHINE PIRANIO, ATTORNEY FOR CHEVY CHASE BANK
MICHELLE LOMBINO, ATTORNEY FOR CAMELBACK BANK

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

(continue)...    2:08-BK-18814-JMM              MONDAY, JANUARY 25, 2010 12:45 PM

## _Proceedings:_

Mr. Cook informed the Court that he is ready for the Court to set an evidentiary hearing and reviewed the status of the relationships with various creditors.

Ms. Kelley stated that after the last hearing the Debtor agreed to surrender the property involving her client.

Mr. McDonald addressed the status of properties involving his client.

COURT:  IT IS ORDERED SETTING AN EVIDENTIARY HEARING ON FEBRUARY 11, 2010 AT 1:30 P.M. TO PRESENT THE CASE IN FULL.  THE DEBTOR IS DIRECTED TO FILE A BALLOT
REPORT WHICH DEALS WITH EACH OF THE ASSIGNED CLASSES.  RESOLUTIONS INVOLVING
ANY CREDITOR ARE TO BE DOCUMENT AND FILED WITH THE COURT.