# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | CRAIG M MEIER |
| **Case Number:** | 2:08-BK-18814-JMM   **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, FEBRUARY 11, 2010 01:30 PM   6TH FLOOR #602 |
| **Bankruptcy Judge:** | JAMES M. MARLAR |
| **Courtroom Clerk:** | WANDA GARBERICK |
| **Reporter / ECR:** | JO-ANN STAWARSKI |

## *Matters:*

1) EVIDENTIARY FINAL HEARING ON MOTION FOR RELIEF FROM STAY RE: REAL PROPERTY LOCATED AT 623 N. 70TH AVE., PHOENIX, AZ 85043 FILED BY CITIMORTGAGE INC.
   **R / M #:** 163 / 0

2) EVIDENTIARY FINAL HEARING ON MOTION FOR RELIEF FROM STAY RE: 2415 ALTA VISTA ROAD WEST, PHOENIX, AZ 85041, (AZ09-9016) FILED BY BANK OF NEW YORK SEC, ITS ASSIGNEES AND/OR SUCCESSORS .
   **R / M #:** 95 / 0

3) EVIDENTIARY FINAL HEARING ON MOTION FOR RELIEF FROM STAY RE: 16941 NORTH 102ND WAY, SCOTTSDALE, AZ 85255 (AZ09-11127) FILED BY INDYMAC FEDERAL BANK FSB, ITS ASSIGNEES AND/OR SUCCESSORS .
   **R / M #:** 116 / 0

4) ADM: 2:08-bk-18814-JMM
   EVIDENTIARY HEARING ON CONFIRMATION OF CHAPTER 11 PLAN
   **R / M #:** 131 / 0

## *Appearances:*

ROBERT M. COOK, ATTORNEY FOR CRAIG M MEIER
KEVIN NELSON, ATTORNEY FOR CITIMORTGAGE

## *Proceedings:*

Mr .Nelson states that the only property that is not settled is 1802 Laguna Oaks. Mr. Cook goes over the exhibits and the treatment of all creditor claims with the court. Mr. Cook calls Craig Meier to the witness stand. Witness is sworn in and examined on the property comparisons. He states his proposal to pay the Wells Fargo loan. Mr. Nelson cross examines on interest rates for loans.

COURT: THE COURT FINDS THAT THE CRAM DOWN TREATMENT OF THE CREDITORS IS ACCEPTABLE UNDER THE BANKRUPTCY CODE, AND THAT THE CREDITOR IS GETTING A BETTER DEAL UNDER THE CRAM DOWN.  IT IS ORDERED THE PLAN AND OVERRULING THE OBJECTION BY MR. NELSON. MR. COOK IS DIRECTED TO UPLOAD A REVISED CONFIRMATION ORDER.