**THIS ORDER IS APPROVED.**

**Dated: October 25, 2010**



_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**

"Robert M. Cook (SBN 002628)
THE LAW OFFICES OF ROBERT M. COOK, PLLC
219 West Second Street
Yuma AZ 85364
Telephone: (928) 782-7771
Facsimile: (928) 782-7778
E-mail: robertmcook@yahoo.com
**Attorney for Debtor**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>CRAIG MEIER,<br><br>Debtor. | In Proceedings Under<br>**Chapter 11**<br><br>Case No. 2:08-18814-JMM<br><br>**AMENDED STIPULATED ORDER CONFIRMING PLAN** |

     The Plan of Reorganization under Chapter 11 of the Bankruptcy Code filed by Debtor Craig Meier on dated May 15, 2009 , having being transmitted to creditors and equity security holders;

     The Debtor's Plan of Reorganization shall be amended as follows to resolve any outstanding as follows:

     With respect to **Class B1 and B2**, Secured Creditor, Wells Fargo Home Mortgage and Bank of America, the property located at 7181 E. Camelback Road in Scottsdale, Arizona will be surrendered to the Secured Creditor. The Order Granting Stay Relief has been signed and is on file with the Court.

     With respect to **Class B3**, Secured Creditor KB Home Mortgage, its assignees and/or successors in interest c/o BAC Home Loans Servicing LP, will be paid $95,000 over 30 years at 4.75% interest. The payments shall be $641.94 commencing November 1, 2009 with the principal and interest payment of $495.56 and current escrow portion of $146.38 with escrow subject to

change.

With respect to **Class B4**, Secured Creditors CitiMortgage Inc. will be paid $80,000.00 over 30 years at 5.06% interest.

With respect to **Class B5**, Secured Creditor Camelback Community Bank will be paid 10% of its claim in the amount of $5,875.84 within 30 days of confirmation of the Plan. A Stipulation has been filed and signed in reference to this Class.

With respect to **Class B6**, Secured Creditors Morgan Stanley Credit Corp. will be paid $145,000 over 30 years at 4.75% interest.

With respect to **Class B7**, Secured Creditor Regions Mortgage, the property has been sold with Bankruptcy Court approval and the claim fully satisfied.

With respect to **Class B8**, Secured Creditor, IndyMac Federal Bank the property located at 16941 N. 102nd Way in Scottsdale, Arizona will be surrendered to the Secured Creditor. The Order Granting Stay Relief has been signed and is on file with the Court.

With respect to **Class B9**, Secured Creditors CitiMortgage will be paid $112,106.51 over 30 years at 4.75% interest.

With respect to **Class B10**, Secured Creditor Camelback Community Bank will be paid the amount of $25,000 within 30 days of confirmation of the Plan. A Stipulation has been filed and signed in reference to this Class.

With respect to **Class B11**, Secured Creditor HSBC Mortgage Corp, there were no objections to the Plan and Disclosure Statement and will be paid $129,274.78 over 40 years with the first 60 months at 2.5% interest and the remaining 420 months at 4.75% interest.

With respect to **Class B12**, Secured Creditor ING Bank, this property is not property of the Bankruptcy Estate and shall be removed and paid nothing under this Plan.

With respect to **Class B13**, Secured Creditor Concord Mortgage Co., its assignees and/or successors in interest, c/o BAC Home Loans Servicing LP, will be paid $120,000 over 30 years at 4.75% interest. The payments shall be $839.44 commencing November 1, 2009 with the principal and interest payment of $625.98 and current escrow portion of $213.46 with escrow subject to change.

With respect to **Class B14**, Secured Creditor Camelback Community Bank will be paid 10% of its claim in the amount of $10,045.43 within 30 days of confirmation of the Plan. A Stipulation has been filed and signed in reference to this Class.

With respect to **Class B15**, Secured Creditor National City Mortgage there were no objections to the Plan and Disclosure Statement and will be paid $371,131.32 over 40 years with the first 60 months at 2.5% interest and the remaining 420 months at 4.75% interest.

With respect to **Class B16**, Secured Creditor Bank of America there were no objections to the Plan and Disclosure Statement and will be treated according to the Plan and paid 10% ($9,640.71) within one year of confirmation.

With respect to **Class B17**, Secured Creditor, Wells Fargo Home Mortgage the property located at 18440 N. 12th Place in Phoenix, Arizona will be surrendered to the Secured Creditor.

With respect to **Class B18**, Secured Creditors America's Servicing Company will be paid $151,000 over 30 years at 4.75% interest with maturity date not to exceed 2036.

With respect to **Class B19**, Secured Creditor Duxford Financial Inc., its assignees and/or successors in interest, c/o BAC Home Loans Servicing LP, will be paid $330,000 over 30 years at 4.75% interest. The payments shall be $2,102.57 commencing November 1, 2009 with the principal and interest payment of $1,721.44 and current escrow portion of $381.13 with escrow subject to change.

With respect to **Class B20**, Secured Creditor Bank of America will be paid nothing ($0) under the Plan.

With respect to **Class B21**, Secured Creditor First Horizon Bank the property located at 2415 W. Alta Vista Road in Arizona will be surrendered to the Secured Creditor. The Order Granting Stay Relief has been signed and is on file with the Court.

With respect to **Class B22**, Secured Creditor Citi Residential Lending, the property has been sold with Bankruptcy Court approval and the claim fully satisfied.

With respect to **Class B23**, Secured Creditor American Mortgage Company, its assignees and/or successors in interest, c/o BAC Home Loans Servicing LP, the property has been sold with Bankruptcy Court approval. The short sale has been denied by the Secured Creditor and the property

located at 12908 Carlington Lane in Riverview, Florida is to be surrendered back to the Secured Creditor.

With respect to **Class B24**, Secured Creditor J. Manley, there were no objections to the Plan and Disclosure Statement and secured creditor will be paid $100,000 over 40 years with the first 60 months at 2.5% interest and the remaining 420 months at 4.75% interest.

With respect to **Class B25**, Secured Creditor America's Servicing Company**,** the property located at 4797 W. Nogales Way has been sold with Bankruptcy Court approval and the claim fully satisfied with Secured Creditor's short sale approval.

With respect to **Class B26**, Secured Creditor Chevy Chase Bank will be paid its current payoff amount to be amortized over 40 years with the first 60 months at a variable interest rate to be capped at 2.5%. After the first 60 months, the claim will have a variable interest rate consisting of the Prime Rate plus a Margin Rate. The loan will become completely due and payable on August 1, 2046. The final details are being worked out but a Loan Modification with the Secured Creditor will be prepared according to the said terms. A Stipulation shall be forthcoming.

With respect to **Class B27**, Secured Creditor Wells Fargo Home Mortgage will be paid $333,533 over 40 years with the first 60 months at 2.5% interest and the remaining 420 months at 4.75% interest. The treatment of Class B27 was approved in open court by the Honorable Judge Marlar.

It having been determined after hearing on notice that the requirements for confirmation set forth in 11 U.S.C. §1129(a) have been satisfied;

IT IS HEREBY ORDERED that:

The Plan filed by Debtor Craig Meier on May 15, 2009 and modified herein is confirmed.

A copy of the Plan is attached hereto.

**SIGNED AND DATED ABOVE**

Approved by:

/s/ Gerard O'Meara
Gerard O'Meara
Attorney for KB Home Mortgage its assignees and/or successors in interest c/o BAC Home Loans Servicing LP (Class B3)

/s/ Gerard O'Meara
Gerard O'Meara
Attorney for Concord Mortgage Co. its assignees and/or successors in interest c/o BAC Home Loans Servicing LP (Class B13)

/s/ Gerard O'Meara
Gerard O'Meara
Attorney for Duxford Financial Inc., its assignees and/or successors in interest c/o BAC Home Loans Servicing LP (Class B19)

/s/ Gerard O'Meara
Gerard O'Meara
Attorney for American Servicing Company its assignees and/or successors in interest c/o BAC Home Loans Servicing LP (Class B23)

/s/Matthew Silverman
Matthew Silverman
Attorney for IndyMac Federal Bank/One West Bank (Class B8)

/s/Matthew Silverman
Matthew Silverman
Attorney for First Horizon Home Loans (Class B21)

/s/ Josephine Piranio
Josephine Piranio
Attorney for Chevy Chase Bank, FSB (Class B26)

/s/Leonard McDonald
Leonard McDonald
Attorney for CitiMortgage (Class B4)

/s/Leonard McDonald
Leonard McDonald
Attorney for CitiMortgage (Class B9)

/s/Leonard McDonald
Leonard McDonald
Attorney for Morgan Stanley Credit Corp. (Class B6)

/s/Leonard McDonald
Leonard McDonald
Attorney for America's Servicing Company (Class B18)

(Treatment approved per Judge Marlar)
Mark Bosco/Leonard McDonald
Attorney for Wells Fargo Home Mortgage (Class B27)

/s/Michelle Lombino (approved per Stipulation)
Michelle Lombino
Attorney for Camelback Community Bank (Class B5, B10 & B14)

THE LAW OFFICES OF ROBERT M. COOK, PLLC
219 WEST SECOND STRET
YUMA, AZ 85364